IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD M. BIERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV291 |
| | ) | |
| v. | ) | |
| | ) | |
| EXTERIOR SOLUTIONS, INC., a Nebraska Corporation, STEPHEN P. RAMM, and KIMBERLY S. RAMM, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on the parties' joint motion for extension of time. For the reasons set forth in the motion, the motion is granted.

IT IS ORDERED:

1. The Plaintiff shall file an application for attorney fees and support documentation on or before August 1, 2008;

2. The Defendant shall file an objection or response, if any, on or before August 15, 2008; and

3. The parties shall notify the court if the parties reach a settlement agreement that renders the determination of attorney fees moot.

DATED this 25th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge