IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD M. BIERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV291 |
| | ) | |
| v. | ) | |
| | ) | |
| EXTERIOR SOLUTIONS, INC., a | ) | ORDER |
| Nebraska Corporation, STEPHEN P. | ) | |
| RAMM, and KIMBERLY S. RAMM, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The court has been advised that this action has been settled and that plaintiff's claim to attorney fees has been released as part of the settlement. Accordingly,

IT IS ORDERED that plaintiff's motion for an award of attorney fees (Filing No. 3) is denied.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge